UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　Case No.: 3:22–mj–02228–JEM

AUSTIN CARTER

ORDER

The Court finds after review of the defendant's sworn Financial Affidavit that the above defendant may not have the funds to retain an attorney of the defendant's choice and that the defendant wants to be represented by counsel.

Accordingly, I find that the defendant qualifies for appointment of counsel and it is ORDERED the following counsel will be appointed to represent the defendant:

Joshua D Hedrick
Whitt, Cooper, Hedrick & Wojcik
607 Market Street
Suite 1100
Knoxville, TN 37902

865–524–8106


ENTER.

　　　　　　　　　　　　　　　　　　　　s/Jill E McCook
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE